THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
P: (702) 384-4012
F: (702) 383-0701
tdillard@ocgattorneys.com
Attorney for Defendants
CLARK COUNTY SCHOOL DISTRICT
AND OFFICER DANIEL CIARCIAGLINI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT SCALISE, an individual,<br><br>Plaintiff,<br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision, and OFFICER DANIEL CIARCIAGLINI, individually,<br><br>Defendants. | CASE NO. 2:26-cv-02593-APG-DJA |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, ROBERT SCALISE, by and through his counsel of record, and Defendants, CLARK COUNTY SCHOOL DISTRICT and OFFICER DANIEL CIARCIAGLINI, by and through their counsel of record, that all claims asserted in the above-captioned matter against the Defendants, are hereby DISMISSED WITH PREJUDICE.

///

///

///



Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

The parties are to bear their own attorney's fees, costs, and expenses related to the claims dismissed hereby.

DATED this 29 day of October, 2026.

LAGOMARSINO LAW

ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
TAYLOR N. JORGENSEN, ESQ.
Nevada Bar No. 16259
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 3 day of ~~October~~ November, 2026.

OLSON CANNON & GORMLEY

THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorney for Defendants Clark County School District and Officer Daniel Ciarciaglini*

**IT IS SO ORDERED.**

DATED: November 3, 2026

UNITED STATES DISTRICT COURT JUDGE

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701